1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  | MARTHA CASTANEDA,                          | 1:19-cv-00486-DAD-BAM

12  |                   Plaintiff,

13  |         v.                                 | ORDER TRANSFERRING CASE TO THE
                                                   CENTRAL DISTRICT OF CALIFORNIA
14  | FP STORE, INC.,

15  |                   Defendant.

16

17          Plaintiff Martha Castaneda, proceeding *pro se*, initiated this civil action against Defendant

18  FP Store, Inc. (Doc. No. 1.)  Plaintiff also filed a motion to proceed in forma pauperis. (Doc. No.

19  2.)

20          The federal venue statute requires that a civil action, other than one based on diversity

21  jurisdiction, be brought only in "(1) a judicial district in which any defendant resides, if all

22  defendants are residents of the State in which the district is located; (2) a judicial district in which

23  a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

24  of property that is the subject of the action is situated; or (3) if there is no district in which an

25  action may otherwise be brought as provided in this section, any judicial district in which any

26  defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C. §

27  1391(b).

28          According to Plaintiff's complaint, Defendant FP Store, Inc. is located in Gardena,

1

California, and the events or omissions at issue appear to have arisen in Los Angeles County, which is in the Central District of California.  Therefore, Plaintiff's claim should have been filed in the United States District Court for the Central District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated:  **April 18, 2019**                    /s/ *Barbara A. McAuliffe*           
                                        UNITED STATES MAGISTRATE JUDGE

2